**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT A. PUCKETT,<br><br>Plaintiff,<br><br>v.<br><br>KEITH LOVETT, *et al.*,<br><br>Defendants. | C.A. No. 26-484-JLH-SRF |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 21st day of August 2026;

WHEREAS, Magistrate Judge Fallon issued a Report & Recommendation on July 27, 2026 (D.I. 8, the "R&R"), recommending that the Court dismiss the complaint with prejudice as to Defendant HRYCI and Defendant Keith Lovett in his official capacity, and to proceed with service against Keith Lovett in his individual capacity;

WHERAS, the Plaintiff has not filed objections to the R&R pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

NOW, THEREFORE, IT IS HEREBY ORDERED that

1. The Report and Recommendation (D.I. 51) is ADOPTED.

2. Plaintiff's claims against HRYCI and Lovett in his official capacity are DISMISSED WITH PREJUDICE as legally frivolous to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

3. The Court has identified what appears to be a cognizable and non-frivolous 42 U.S.C. § 1983 claim against Lovett within the meaning of 28 U.S.C. § 1915A(b)

and § 1915(e)(2)(B). Plaintiff may proceed against Lovett in his individual capacity on the First Amendment retaliation claim.

Dated: August 21, 2026

The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE